UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.W. a minor by and through his Next Friend, RYAN WESTHOLD,<br><br>Plaintiff,<br><br>vs.<br><br>COTTER CORPORATION N.S.L., et al.,<br><br>Defendants. | Case No. 4:26-cv-01286-ACL |

**DEFENDANT ST. LOUIS AIRPORT AUTHORITY'S SECOND CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

COMES NOW Defendant St. Louis Airport Authority ("SLAA"), a Department of the City of St. Louis, by and through their undersigned counsel, and with the consent of Plaintiff, respectfully asks this Court to grant an extension up to and including October 19, 2026, to respond to Plaintiff's Complaint. In support of their motion, Defendant states as follows:

1. On August 11, 2026, Plaintiff filed the Complaint [ECF No. 1] in this action.

2. On August 28, 2026, the Complaint was served on Defendant.

3. On September 15, 2026, Defendant previously filed an extension request [ECF No. 22] to have up until October 2, 2026, to respond to Plaintiff's Complaint, which this Court granted [ECF No. 23].

4. Defendant SLAA reiterates that it intends to file a motion addressing and/or respond to Plaintiff's newly filed Complaint, but requires an additional period of time to do so. The Complaint responses for three other defendants are now due on October 19, 2026, and Defendant's request will assist with a uniform submission date and any future briefing schedule.

5. Counsel for Defendant SLAA requested consent from Plaintiff for an extension up

to and including October 19, 2026, to respond to Plaintiff's Complaint, which is fair and reasonable under the circumstances in order to align the responsive pleading deadline dates for the parties.

6. Counsel for Plaintiff has consented to Defendant's request to have up to and including October 19, 2026, to respond.

7. This extension is not sought for any improper purpose, will not prejudice any party, and will not unduly delay the case.

WHEREFORE, Defendant St. Louis Airport Authority respectfully requests the Court to grant this Consent Motion and its request for an extension up to and including October 19, 2026, to respond to Plaintiff's Complaint.

Dated: September 24, 2026

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: /s/ Corey A.-T. Stegeman

Laura A. Bentele, #64727MO
Corey A.-T. Stegeman, #66828MO
Elizabeth L. Randall, #76956MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
lbentele@atllp.com
cstegeman@atllp.com
erandall@atllp.com

ATTORNEYS FOR DEFENDANT
ST. LOUIS AIRPORT AUTHORITY, A
DEPARTMENT OF THE CITY OF ST. LOUIS.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Corey A.-T. Stegeman*